ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff THANH VO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH VO, an individual<br><br>        Plaintiff,<br><br>  vs.<br><br>DALESON CAPITAL, LLC, a limited liability company;<br><br>        Defendants. | Case No.: 2:17-CV-00083-AB-PLA<br><br>**[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. André Birotte Jr. presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED.

Dated: April 20, 2017

_____
Judge, United States District Court,
Central District of California